# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 15, 2016

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-4746,    <u>US v. Joaquin Cortes</u>
            5:13-cr-00015-GEC-2

TO:   Russell Darren Bostic

MOTION OR RESPONSE CORRECTION DUE:  July 20, 2016

Please file the corrections identified below and file a corrected document by the date indicated using the **MOTION** or **RESPONSE** entry.

[ x ] Motions to withdraw as counsel at the certiorari stage in a criminal case must state that counsel has <u>served the motion</u> on the defendant <u>and</u> <u>advised the defendant of the right to file a response within 7 days</u>. Local Rule 46(d). Please file an amended motion with the required language.


Donna Lett, Deputy Clerk
804-916-2704